THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CARMINE VIGNOLA, Appellant.

(Argued March 26, 1930; decided April 8, 1930.)

*Henry Hirschberg* for appellant.

*Elmer H. Lemon, District Attorney,* for respondent.

*Per Curiam.* The order should be reversed and the case remitted to the Appellate Division, to decide the motion for enlargement of time and to dismiss the appeal upon the merits, upon authority of *People* v. *Pennestri* (253 N. Y. 318).

CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ., concur.

Ordered accordingly.